THIS OPINION HAS NO PRECEDENTIAL VALUE

THIS OPINION HAS NO 
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY 
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Brett James Catoe,       
Appellant.
 
 
 

Appeal From Lancaster County
Kenneth G. Goode, Circuit Court Judge

Unpublished Opinion No. 2004-UP-651
Submitted December 1, 2004  Filed December 
 22, 2004

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Aileen P. Clare, Office of Appellate 
 Defense, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, 
 Office of the Attorney General, of Columbia; and Solicitor John R. Justice, 
 of Chester, for Respondent.
 
 
 

PER CURIAM: Brett James Catoe pled guilty 
 to assault and battery with intent to kill and possession of a weapon during 
 a violent crime.  Catoe argues his guilty pleas failed to comply with the mandates 
 set forth in Boykin v. Alabama, 395 U.S. 238 (1969).  His counsel attached 
 to the final brief a petition to be relieved as counsel, stating she reviewed 
 the record and concluded Catoes appeal is without merit.  Catoe did not file 
 a pro se response.  
After a thorough review of the record 
 pursuant to Anders v. California, 386 U.S. 738 (1967) and State v. 
 Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and 
 grant counsels petition to be relieved.
 APPEAL DISMISSED. 
 [1] 
HEARN, C.J., and GOOLSBY and WILLIAMS, JJ., concur.

 
 
 [1] We decide this case without oral argument pursuant to Rule 215, SCACR.